# EARNINGS STATEMENT



**Zilker Technology LLC**
200 E 6th Street
Suite 201
Austin, TX 78701

Check No: 8371601
Check Date: 11/15/2019
Pay Period: 10/26/2019 - 11/10/2019

## Frederick Tranfield

NON-NEGOTIABLE

1403 Dove Run Drive #A

Employee ID : 00002447008

Department: 9C34CCEG

Charleston, SC 29412-

Location: Remote SC

Pay Rate: $100,000.00 Annual

Business Title: Senior Consultant

**Net Pay**

**USD $2,745.58**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Benefit Supplement | 0.000 | 0.00 | 0.00 | 215.87 | 0.00 | 0.00 | 1,877.61 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 1,153.85 |
| Regular | 0.000 | 0.00 | 0.00 | 4,166.67 | 736.00 | 0.00 | 35,209.81 |
| **Gross Pay** | | 0.00 | 0.00 | 4,382.54 | 760.00 | 0.00 | 38,241.27 |
| **Fed Taxable Gross** | | | | 3,966.57 | | | 34,817.76 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 629.25 | | 5,782.67 |
| Fed MED/EE | 60.70 | | 527.07 |
| Fed OASDI/EE | 259.52 | | 2,253.67 |
| SC Withholdng | 243.99 | | 2,233.95 |
| **Total Taxes** | **1,193.46** | | **10,797.36** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 184.50 | 0.00 | 1,747.50 |
| Aetna Dental | 12.34 | 0.00 | 37.02 |
| 401k/Roth Combination | 219.13 | 0.00 | 1,531.71 |
| MetLife Dental | 0.00 | 0.00 | 107.28 |
| **Total Before Tax Deductions** | **415.97** | **0.00** | **3,423.51** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Supplemental Life | 9.00 | | 81.00 |
| Supplemental AD and D | 1.00 | | 9.00 |
| Short Term Disability | 9.03 | | 114.99 |
| MetLaw Legal | 8.50 | | 76.50 |
| Long-Term Disability | 0.00 | | 67.56 |
| **Total After Tax Deductions** | **27.53** | | **349.05** |
| **Total Deductions** | **443.50** | | **3,772.56** |
| **Net Pay** | **2,745.58** | | **23,671.35** |

### Tax Withholding

| Description | Federal | SC State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Ded | 1.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Life and AD&D | 2.66 | 23.94 |
| 401k/Roth Combination | 54.78 | 382.94 |
| **Total Non-Taxable** | **57.44** | **406.88** |
| **Total Benefits** | **57.44** | **406.88** |

### Time Off

| Description | Personal | SICK | VAC/PTO |
|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 |
| +Earned | 40.00 | 40.00 | 29.23 |
| -Taken | 0.00 | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | **40.00** | **40.00** | **29.23** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 3743 | 2745.58 |
| Total | | 2745.58 |

# EARNINGS STATEMENT

**TriNet**

**Zilker Technology LLC**
200 E 6th Street
Suite 201
Austin, TX  78701

Check No: 8482396
Check Date: 11/29/2019
Pay Period: 11/11/2019 - 11/25/2019

## Frederick Tranfield

NON-NEGOTIABLE

1403 Dove Run Drive #A
Charleston, SC  29412-

Employee ID : 00002447008
Location: Remote SC
Business Title: Senior Consultant

Department: 9C34CCEG
Pay Rate: $100,000.00 Annual

Net Pay

USD **$2,745.60**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Benefit Supplement | 0.000 | 0.00 | 0.00 | 215.87 | 0.00 | 0.00 | 2,093.48 |
| Regular | 0.000 | 0.00 | 0.00 | 4,166.67 | 824.00 | 0.00 | 39,376.48 |
| Holiday | 0.000 | 0.00 | 0.00 | 0.00 | 24.00 | 0.00 | 1,153.85 |
| **Gross Pay** | | 0.00 | 0.00 | **4,382.54** | **848.00** | **0.00** | **42,623.81** |
| Fed Taxable Gross | | | | 3,966.57 | | | 38,784.33 |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 629.25 | | 6,411.92 |
| Fed MED/EE | 60.69 | | 587.76 |
| Fed OASDI/EE | 259.51 | | 2,513.18 |
| SC Withholdng | 243.99 | | 2,477.94 |
| **Total Taxes** | **1,193.44** | | **11,990.80** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 184.50 | 0.00 | 1,932.00 |
| Aetna Dental | 12.34 | 0.00 | 49.36 |
| 401k/Roth Combination | 219.13 | 0.00 | 1,750.84 |
| MetLife Dental | 0.00 | 0.00 | 107.28 |
| **Total Before Tax Deductions** | **415.97** | **0.00** | **3,839.48** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Supplemental Life | 9.00 | | 90.00 |
| Supplemental AD and D | 1.00 | | 10.00 |
| Short Term Disability | 9.03 | | 124.02 |
| MetLaw Legal | 8.50 | | 85.00 |
| Long-Term Disability | 0.00 | | 67.56 |
| **Total After Tax Deductions** | **27.53** | | **376.58** |
| **Total Deductions** | **443.50** | | **4,216.06** |
| **Net Pay** | **2,745.60** | | **26,416.95** |

### Tax Withholding

| Description | Federal | SC State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Ded | 1.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Life and AD&D | 2.66 | 26.60 |
| 401k/Roth Combination | 54.78 | 437.72 |
| **Total Non-Taxable** | **57.44** | **464.32** |
| **Total Benefits** | **57.44** | **464.32** |

### Time Off

| Description | Personal | SICK | VAC/PTO |
|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 |
| +Earned | 40.00 | 40.00 | 32.62 |
| -Taken | 0.00 | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | **40.00** | **40.00** | **32.62** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 3743 | 2745.60 |
| Total | | 2745.60 |

# EARNINGS STATEMENT



**Zilker Technology LLC**

3200 Gracie Kiltz Lane
Suite 110
Austin, TX 78758

Check No: 8578519

Check Date: 12/13/2019

Pay Period: 11/26/2019 - 12/10/2019

## Frederick Tranfield

NON-NEGOTIABLE

1403 Dove Run Drive #A

Charleston, SC 29412-

Employee ID : 00002447008

Location: Remote SC

Business Title: Senior Consultant

Department: 9C34CCEG

Pay Rate: $100,000.00 Annual

**Net Pay**

**USD $2,745.60**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Benefit Supplement | 0.000 | 0.00 | 0.00 | 215.87 | 0.00 | 0.00 | 2,309.35 |
| Holiday | 48.076 | 16.00 | 0.00 | 769.23 | 40.00 | 0.00 | 1,923.08 |
| Regular | 0.000 | 0.00 | 0.00 | 3,397.44 | 896.00 | 0.00 | 42,773.92 |
| **Gross Pay** | | **16.00** | **0.00** | **4,382.54** | **936.00** | **0.00** | **47,006.35** |
| **Fed Taxable Gross** | | | | **3,966.57** | | | **42,750.90** |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 629.25 | | 7,041.17 |
| Fed MED/EE | 60.69 | | 648.45 |
| Fed OASDI/EE | 259.51 | | 2,772.69 |
| SC Withholdng | 243.99 | | 2,721.93 |
| **Total Taxes** | **1,193.44** | | **13,184.24** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 184.50 | 0.00 | 2,116.50 |
| Aetna Dental | 12.34 | 0.00 | 61.70 |
| 401k/Roth Combination | 219.13 | 0.00 | 1,969.97 |
| MetLife Dental | 0.00 | 0.00 | 107.28 |
| **Total Before Tax Deductions** | **415.97** | **0.00** | **4,255.45** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Supplemental Life | 9.00 | | 99.00 |
| Supplemental AD and D | 1.00 | | 11.00 |
| Short Term Disability | 9.03 | | 133.05 |
| MetLaw Legal | 8.50 | | 93.50 |
| Long-Term Disability | 0.00 | | 67.56 |
| **Total After Tax Deductions** | **27.53** | | **404.11** |
| **Total Deductions** | **443.50** | | **4,659.56** |
| **Net Pay** | **2,745.60** | | **29,162.55** |

### Tax Withholding

| Description | Federal | SC State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Ded | 1.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| Total Taxable | 0.00 | 0.00 |
| Non-Taxable Benefits | Current | Year-to-Date |
| Life and AD&D | 2.66 | 29.26 |
| 401k/Roth Combination | 54.78 | 492.50 |
| **Total Non-Taxable** | **57.44** | **521.76** |
| **Total Benefits** | **57.44** | **521.76** |

### Time Off

| Description | Personal | SICK | VAC/PTO |
|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 |
| +Earned | 40.00 | 40.00 | 36.00 |
| -Taken | 0.00 | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | **40.00** | **40.00** | **36.00** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 3743 | 2745.60 |
| Total | | 2745.60 |



# EARNINGS STATEMENT

**TriNet**

**Zilker Technology LLC**

3200 Gracie Kiltz Lane
Suite 110
Austin, TX 78758

Check No: 8660921
Check Date: 12/31/2019
Pay Period: 12/11/2019 - 12/25/2019

## Frederick Tranfield

NON-NEGOTIABLE

1403 Dove Run Drive #A

Charleston, SC 29412-

Employee ID : 00002447008

Location: Remote SC

Business Title: Senior Consultant

Department: 9C34CCEG

Pay Rate: $100,000.00 Annual

**Net Pay**

USD **$2,745.58**

### Hours and Earning

| Description | Rate | Hours | Units | Current Earnings | Hours | Units | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Benefit Supplement | 0.000 | 0.00 | 0.00 | 215.87 | 0.00 | 0.00 | 2,525.22 |
| Holiday | 48.076 | 8.00 | 0.00 | 384.62 | 48.00 | 0.00 | 2,307.70 |
| Regular | 0.000 | 0.00 | 0.00 | 3,782.05 | 976.00 | 0.00 | 46,555.97 |
| **Gross Pay** | | 8.00 | 0.00 | **4,382.54** | **1,024.00** | **0.00** | **51,388.89** |
| **Fed Taxable Gross** | | | | **3,966.57** | | | **46,717.47** |

### Taxes and Deductions

| Taxes | Current | | Year-to-Date |
|---|---|---|---|
| Fed Withholdng | 629.25 | | 7,670.42 |
| Fed MED/EE | 60.70 | | 709.15 |
| Fed OASDI/EE | 259.52 | | 3,032.21 |
| SC Withholdng | 243.99 | | 2,965.92 |
| **Total Taxes** | **1,193.46** | | **14,377.70** |

| Before-Tax Deductions | Current | Plan Year | Year-to-Date |
|---|---|---|---|
| Aetna PPO | 184.50 | 0.00 | 2,301.00 |
| 401k/Roth Combination | 219.13 | 0.00 | 2,189.10 |
| MetLife Dental | 0.00 | 0.00 | 107.28 |
| Aetna Dental | 12.34 | 0.00 | 74.04 |
| **Total Before Tax Deductions** | **415.97** | **0.00** | **4,671.42** |

| After-Tax Deductions | Current | | Year-to-Date |
|---|---|---|---|
| Supplemental Life | 9.00 | | 108.00 |
| Supplemental AD and D | 1.00 | | 12.00 |
| Short Term Disability | 9.03 | | 142.08 |
| MetLaw Legal | 8.50 | | 102.00 |
| Long-Term Disability | 0.00 | | 67.56 |
| **Total After Tax Deductions** | **27.53** | | **431.64** |
| **Total Deductions** | **443.50** | | **5,103.06** |
| **Net Pay** | **2,745.58** | | **31,908.13** |

### Tax Withholding

| Description | Federal | SC State |
|---|---|---|
| Marital Status | Single | N/A |
| Allowance/Ded | 1.00 | 0.00 |
| Addl. Income | 0.00 | 0.00 |
| Addl. Amt. | 0.00 | 0.00 |

### Company-Paid Benefits

| Taxable Benefits | Current | Year-to-Date |
|---|---|---|
| **Total Taxable** | **0.00** | **0.00** |
| Non-Taxable Benefits | Current | Year-to-Date |
| Life and AD&D | 2.66 | 31.92 |
| 401k/Roth Combination | 54.78 | 547.28 |
| **Total Non-Taxable** | **57.44** | **579.20** |
| **Total Benefits** | **57.44** | **579.20** |

### Time Off

| Description | Personal | SICK | VAC/PTO |
|---|---|---|---|
| Start Balance | 0.00 | 0.00 | 0.00 |
| +Earned | 40.00 | 40.00 | 39.39 |
| -Taken | 0.00 | 0.00 | 0.00 |
| +Adjustments | 0.00 | 0.00 | 0.00 |
| **End Balance** | **40.00** | **40.00** | **39.39** |

### Direct Deposit

| Account Type | Account No. | Deposit Amount |
|---|---|---|
| Checking | 3743 | 2745.58 |
| **Total** | | **2745.58** |

